UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES L. FRYE and PATRICIA A. FRYE,

    Plaintiff,

v.                                Case No.: 2:19-cv-00840-JLB-MRM

HARTFORD INSURANCE COMPANY OF
THE MIDWEST,

    Defendant.
_____/

## ORDER

The parties have stipulated to dismiss the action with prejudice (Doc. 34) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The stipulation is self-executing. *Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** in Fort Myers, Florida, on October 8, 2020.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE